1 | THOMAS P. O'BRIEN
United States Attorney
2 | ROBB C. ADKINS
Assistant United States Attorney
3 | Chief, Santa Ana Branch Office
ANNE C. GANNON
4 | Assistant United States Attorney
(California State Bar Number 214198)
5 |   United States Courthouse
   411 West Fourth Street, 8th Floor
6 |   Santa Ana, California 92701
   Telephone: (714) 338-3548
7 |   Facsimile: (714) 338-3561

8 | Attorney for Plaintiff
United States of America
9 |

10 |              UNITED STATES DISTRICT COURT

11 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA        ) **No. SA CR 05-10-DOC**
                                 ) No. SA CV 08-505-DOC
13 |          Plaintiff,           )
                                 ) <u>ORDER FINDING LIMITED WAIVER OF</u>
14 |          v.                  ) <u>ATTORNEY-CLIENT PRIVILEGE AND</u>
                                 ) <u>COMPELLING DISCLOSURE OF</u>
15 | MICHAEL JEROME KING,           ) <u>CERTAIN ATTORNEY-CLIENT</u>
                                 ) <u>COMMUNICATIONS</u>
16 |          Defendant.          )
                                 )
17 | _____ )

18 |

19 |      Having considered the government's motion and good cause

20 | appearing therefor,

21 |      THE COURT HEREBY FINDS that defendant Michael Jerome King

22 | has waived his attorney-client privilege with respect to all of

23 | his communications with his attorney, C. Thomas McDonald,

24 | concerning defendant's decision to proceed to trial and

25 | sentencing in <u>United States v. Michael Jerome King</u>, No. SA CR 05-

26 | 10-DOC.

27 | \\

28 |

1    THEREFORE, IT IS HEREBY ORDERED that attorney C. Thomas

2  McDonald shall disclose to the government, in connection with

3  defendant's motion, all his communications with defendant

4  regarding defendant's decision to proceed to trial and sentencing

5  in United States v. Michael Jerome King, No. SA CR 05-10-DOC.

6

7    DATED:    February 25, 2009

8

9

10  _____

    HONORABLE DAVID O. CARTER

11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2